**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Freddie R. Lewis
In Proper Person DOC No. 395306
124 Mallard Hill Road
Robeline LA 71469

**REHEARING ACTION: October 7, 2015**

**Docket Number: 15   00650-CW**

**FREDDIE R. LEWIS**
**VERSUS**
**VERNON CORRECTIONAL FACILITY,**
**ET AL.**

**Writ Application from Vernon Parish Case No. 82,405**

**BEFORE JUDGES:**

  Hon. Phyllis M. Keaty
  Hon. John E. Conery
  Hon. David Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Freddie R. Lewis** has this day been

  **DENIED.**

cc: David Ramsey Lestage, Counsel for  the Respondent